Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
BENJAMIN BRETT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BRETT, | Case No. 2:26-cv-8045 |
| *Plaintiff*, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| KELLY GALE, | |
| *Defendant.* | *Jury Trial Demanded* |

Plaintiff Benjamin Brett, for his complaint against defendant Kelly Gale, alleges as follows:

### JURISDICTION

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq. This Court therefore has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question) and § 1338 (copyright).

### PARTIES

2.     Plaintiff is a freelance photographer for global premier celebrity news and photo agencies, through which he licenses photographs to leading magazines, newspapers, and editorial clients, throughout the world.

3.     Mr. Brett is domiciled in the State of California and resides in Los Angeles.

1
COMPLAINT

4. Defendant Kelly Gale is a well-known model and actress. She is known worldwide for her modeling work for global brands like Victoria's Secret and for appearing in high-profile publications like the *Sports Illustrated* swimsuit edition and *Playboy*.

5. On information and belief, Ms. Gale is domiciled in the State of California and resides in the Los Angeles area.

6. On information and belief, Ms. Gale owns, operates, or is responsible for the content of the social media account @kellygale on Instagram.

7. The Court has personal jurisdiction over Ms. Gale because she is domiciled in California and resides in this judicial district.

8. Venue in this judicial district is proper under 28 U.S.C. § 1400(a).

## BACKGROUND FACTS

9. Mr. Brett owns and holds the copyright of a photographic image depicting Ms. Gale on a date with actor Joel Kinnamen (the "Image"). The Image was registered with the U.S. Copyright Office as Reg. No. VA 2-441-591. The Image appears below:



COMPLAINT

10.     Ms. Gale used the Image for her own purposes without permission or license from Mr. Brett. Specifically, on or around February 15, 2025, defendant or her agents copied the Image from unknown sources, stored the Image on a server, and displayed the Image by posting it to Instagram on the @kellygale account.

## CLAIM ONE

### (For Copyright Infringement, 17 U.S.C. § 501)

11.     Plaintiff realleged and incorporated by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth here.

12.     Plaintiff is the copyright owner of the protected Image named above in this Complaint.

13.     Defendant has reproduced, displayed, or otherwise copied the Image without plaintiff's authorization or license.

14.     The foregoing acts of defendant infringed upon the exclusive rights granted to copyright owners under 17 U.S.C. § 106 to display, reproduce, and distribute their work to the public. Such actions and conduct constitute copyright infringement in violation of 17 U.S.C. §§ 501 et seq.

15.     Plaintiff has complied in all respects with 17 U.S.C §§ 101 et seq. and secured and registered the exclusive rights and privileges in and to the copyright of the above-referenced work in accordance with 17 U.S.C § 408.

16.     Plaintiff suffered damages as a result of defendant's unauthorized use of the Image. Plaintiff is entitled to recovery of his actual damages and defendant's profits attributable to the infringement of the Images, under 17 U.S.C. § 504(b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following:

A.     For a preliminary and permanent injunction against defendant and anyone working in concert with her from further copying or displaying the Image;

B.     For an order requiring defendant to account to plaintiff for their profits and any damages sustained by plaintiff arising from the acts of infringement;

COMPLAINT

C.    As permitted under 17 U.S.C. § 503, for impoundment of all copies of the Image used in violation of plaintiff's copyright—including digital copies or any other means by which they could be used again by defendant without plaintiff's authorization—as well as all related records and documents;

D.    For actual damages and all profits derived from the unauthorized use of the Image;

E.    For an award of pre-judgment interest as allowed by law;

F.    For reasonable attorney fees and costs, if authorized under law;

G.    For such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury of all issues permitted by law.

Dated:  July 22, 2026         Respectfully submitted,

                              **PERKOWSKI LEGAL, PC**

                              By:    /s/ Peter Perkowski
                                     Peter E. Perkowski

                                     Attorneys for Plaintiff
                                     BENJAMIN BRETT

4
COMPLAINT